IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISELA CARMINE, ) <br> on behalf of herself and all others ) <br> similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MACYS RETAIL HOLDINGS, INC., ) <br> ) <br> Defendant. ) | Case No. 20-cv-04589 <br><br> Honorable Marvin E. Aspen |

## MOTION TO CORRECT PARTY NAME AND FILED CORRECTED COMPLAINT *INSTANTER*

Plaintiff Isela Carmean, by and through her attorneys, respectfully requests leave to correct the spelling of a party name and file a corrected complaint. In support of this motion, Plaintiff states as follows:

1. On August 5, 2020, Plaintiff filed her Complaint [1] in the instant matter.

2. In error, Plaintiff's name was misspelled in the Complaint.

3. Plaintiff's name was listed as "Isela Carmine," but her name is accurately spelled "Isela Carmean."

4. Plaintiff regrets the error and seeks leave of this Honorable Court to file a corrected complaint correcting the misspelling of Plaintiff's name, *instanter*. (Exhibit A, Corrected Complaint)

WHEREFORE, Plaintiff respectfully requests leave to file her corrected complaint *instanter* and for any further relief this Court deems fair and just.

                                                By: /s/ Michael J. Wood
                                                       One of Plaintiff's Attorneys

Michael Wood
Community Lawyers LLC
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Tel (312) 757-1880
mwood@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

I, Michael J. Wood, hereby certify that on August 11, 2020, I caused to be filed the foregoing documents via the CM/ECF System, which caused service of the same to be had on all attorneys which have appeared in this case, and by service on Defendant, care of its registered agent:

Macy's Retail Holdings, Inc.
c/o Corporate Creations Network
350 S. Northwest Hwy-Ste 300
Park Ridge, I L 60068

By: /s/ Michael J. Wood
One of Plaintiff's Attorneys


Michael Wood
Community Lawyers LLC
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Tel (312) 757-1880
mwood@communitylawyersgroup.com