# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Isela Carmean

                      Plaintiff,

v.                                                Case No.: 1:20−cv−04589
                                                  Honorable Marvin E. Aspen

Macy's Retail Holdings, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 16, 2021:

      MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to the notice of voluntary dismissal [29], this case is dismissed without prejudice with each party to bear its own costs and fees. Motion to dismiss [22] is terminated as moot. Status hearing is stricken. Civil case terminated. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.